(119 So. 921)

**Tom HALLMAN v. STATE.   (6 Div. 340.)**

Court of Appeals of Alabama.   Jan. 8, 1929.

BRICKEN, P. J.   Appeal dismissed.

(125 So. 921)

**Cecil HAMMONS v. STATE.   (7 Div. 598.)**

Court of Appeals of Alabama.   Jan. 21, 1930.

SAMFORD, J.   Appeal dismissed.

(119 So. 921)

**Ercell HAMMONS v. STATE.   (7 Div. 482.)**

Court of Appeals of Alabama.   Jan. 22, 1929.

RICE, J.   Affirmed.

(120 So. 924)

**Haralson HAMMONS v. STATE.   (7 Div. 470.)**

Court of Appeals of Alabama.   Jan. 22, 1929.

Rehearing Denied Feb. 12, 1929.

RICE, J.   Affirmed.

(119 So. 921)

**Martin HANCOCK v. STATE.   (3 Div. 597.)**

Court of Appeals of Alabama.   Jan. 22, 1929.

Hybart, Hare & Dickey, of Evergreen, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.   This appellant was convicted for violating the prohibition law by having whisky in his possession.   From the judgment of conviction he appealed.

The case as tried in the court below presented a clear-cut issue of fact for the determination of the jury.   From a careful consideration of the whole record, this court is of the opinion that the accused was accorded a fair and impartial trial, free from injurious error; therefore the judgment of conviction from which this appeal was taken is affirmed.

Affirmed.

(124 So. 922)

**Jimmie HANSEN, alias Harrison, v. STATE.
(1 Div. 915.)**

Court of Appeals of Alabama.   Dec. 6, 1929.

PER CURIAM.   Appeal dismissed on motion of appellant.